# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20cr3004-AJB |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT OF DISMISSAL AND EXONERATION OF BOND** |
| JOSE FELIX BAHENA, | [ECF No. 36] |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information [ECF No. 19] in the above-entitled case be dismissed without prejudice.

IT IS FURTHER ORDERED that bond is exonerated.

**IT IS SO ORDERED.**

Dated: June 2, 2021

Hon. Anthony J. Battaglia
United States District Judge